CCA # 13-13-00326-CR

OFFENSE: Attempted Murder

STYLE: TALAL NIMER EL HAJ v. THE STATE OF TEXAS

COUNTY: Hidalgo

TRIAL COURT: 389th District Court
TRIAL COURT #: CR-3117-12-H
TRIAL COURT JUDGE: Hon. Leticia Lopez
DISPOSITION: Vacated in Part, Modified and Affirmed as Modified
DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____          DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: August 29, 2014
JUDGE: Chief Justice Valdez

CLK RECORD: ____X_____
RPT RECORD: ____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

----------------------

__APPELLANT'S__ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
__REFUSED__
DATE: __12/17/2014__
JUDGE: __Per Curiam__

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____

Vol. 1 of 3